IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JONATHAN F. HOLMES, SR., and
PAMELA N. HOLMES,
    Plaintiffs,

vs.                                                Case No.: 3:09cv100/MCR/EMT

UNITED STATES AIR FORCE, et al.,
    Defendants.
_____/

## ORDER

This cause is before the court upon Defendant, Humana Military Healthcare Services, Inc.'s "Motion to Dismiss Plaintiffs' Complaint and Memorandum of Law" (Doc. 12). Before the court rules on this matter, Plaintiffs shall be required to respond to Defendant's motion.

Accordingly, it is **ORDERED**:

1. Plaintiffs shall respond to Defendant's motion within **TWENTY (20) DAYS** from the date of docketing of this order.

2. Failure to comply with this order may result in a recommendation that Defendant's motion be granted and that final judgment be entered in favor of Defendant. *See* N.D. Fla. R. 7.1(C)(1).

**DONE AND ORDERED** this 10th day of July 2009.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**