# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JONATHAN F. HOLMES, SR., et al.

    vs                                                Case No.  3:09cv100/MCR/EMT

UNITED STATES OF AMERICA, et al.

## ORDER

Plaintiffs' document, **AMENDED COMPLAINT UNDER FEDERAL TORT CLAIMS ACT 28 U.S.C. 1346(b) - (received by the clerk of the court on October 2, 2009)**, was referred to the undersigned with the following deficiencies:

> The document does not have a certificate of service as required by Rule 5(d)(1) of the Federal Rules of Civil Procedure and Rule 5.1(D) of the Local Rules of the Northern District of Florida, certifying that a copy of the document has been served upon all other parties and specifying the date and method of such service.

> The document does not have a proper signature block. The typed or printed name, address, and telephone number of the party filing the document must be included with the original signature. *See* Fed. R. Civ. P. 11(a); N.D. Fla. Loc. R. 5.1(B)(5).

> The document is not double-spaced as required by N.D. Fla. Loc. R. 5.1(B)(3).

For these reasons, it is **ORDERED** that:

> The submitted hard copy of the document shall be returned to Plaintiffs by the clerk without electronic filing.

> Plaintiffs shall have until **OCTOBER 16, 2009,** in which to file an amended complaint that complies with the above-cited Rules.

**DONE AND ORDERED** this 9th day of October 2009.

                                              /s/ *Elizabeth M. Timothy*
                                            **ELIZABETH M. TIMOTHY**
                                            **UNITED STATES MAGISTRATE JUDGE**