IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JONATHAN F. HOLMES, SR., and
PAMELA N. HOLMES,
    Plaintiffs,

vs.                                  Case No. 3:09cv100/MCR/EMT

UNITED STATES AIR FORCE, et al.,
    Defendants.
_____/

## ORDER

Before the court is Plaintiffs' First Amended Complaint in this action filed pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346 (Doc. 30). The filing of the First Amended Complaint renders moot the motions to dismiss filed by Defendant Humana Healthcare Services, Inc. (Doc. 12) and Defendants United States Air Force; United States Air Force Reserves; Eglin Air Force Base; Michael Donley, Secretary of the Air Force; and Charles E. Stenner, Jr., Commander of the Air Force Reserves (Doc. 20). These motions shall therefore be denied.

Although the court stayed discovery in this case pending resolution of the Defendants' pending motions to dismiss, which have now been denied as moot, the stay will not be lifted at this time. The court will advise the parties when and if discovery is appropriate in this case. Likewise, if and when mediation is appropriate the court will so inform the parties. Plaintiffs' "Motion Requesting Alternative Dispute Resolution (Mediation) Meeting" (Doc. 31) is therefore denied.

Accordingly, it is **ORDERED**:

1.    The motions to dismiss filed by Defendant Humana Healthcare Services, Inc. (Doc. 12) and Defendants United States Air Force; United States Air Force Reserves; Eglin Air Force Base; Michael Donley, Secretary of the Air Force; and Charles E. Stenner, Jr., Commander of the

Air Force Reserves (Doc. 20) are **DENIED** as moot, in light of the filing of the First Amended Complaint.

      2.      Plaintiffs' "Motion Requesting Alternative Dispute Resolution (Mediation) Meeting" (Doc. 31) is **DENIED,** without prejudice.

**DONE AND ORDERED** this 16th day of October 2009.

                            */s/ Elizabeth M. Timothy*
                            **ELIZABETH M. TIMOTHY**
                            **UNITED STATES MAGISTRATE JUDGE**