UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JONATHAN F. HOLMES, SR., and
PAMELA HOLMES

  VS          Case No. 3:09cv100/MCR/EMT

UNITED STATES OF AMERICA, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Timothy on   August 2, 2010

Type of Motion/Pleading: "Motion to Submit into Evidence Defendant's [] Denial of Plaintiff's Claims for Damages with Claim Number"

Filed by:   Plaintiffs    on 8/2/10    Document   58

( )   Stipulated/Consented/Joint Pleading

RESPONSES:

Response in Opposition    on 8/3/10    Doc.#   60

            on      Doc.#

            WILLIAM M. McCOOL, CLERK OF COURT

            /s/ *Teresa Milstead*
            Deputy Clerk: Teresa Milstead

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 13th day of August, 2010, that:

The requested relief is **GRANTED.**

            /s/ *Elizabeth M. Timothy*
            **ELIZABETH M. TIMOTHY**
            **UNITED STATES MAGISTRATE JUDGE**