**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JONATHAN F. HOLMES, SR., and
PAMELA HOLMES,
    Plaintiffs,

vs.                                                     Case No. 3:09cv100/MCR/EMT

UNITED STATES OF AMERICA, et. al.,
    Defendants.
                                           /

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 13, 2010 (Doc. 62). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Government's motion (Doc. 38) is **GRANTED** pursuant to Fed. R. Civ. P. 12(b)(1).

3. Humana's motion (Doc. 33) is **GRANTED** pursuant to Fed. R. Civ. P. 12(b)(1); alternatively, Humana's motion is **GRANTED** pursuant to Fed. R. Civ. P. 12(b)(6).

4. Plaintiffs' amended complaint (Doc. 30) is **DISMISSED** and the clerk is directed to close the file.

**DONE AND ORDERED** this 27th day of September, 2010.

                                                 *s/ M. Casey Rodgers*
                                                 **M. CASEY RODGERS
                                                 UNITED STATES DISTRICT JUDGE**